Kerlew BELL, Plaintiff–Appellant,

v.

Michael BELL; D.A. McGowan; R.H. Futrell; John Doe, various John/Jane Doe officers to be named later, Defendants–Appellees.

No. 01–6229.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Kerlew Bell, pro se.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kerlew Bell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bell v. Bell,*

No. CA–00–804–5–F (E.D.N.C. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*